**E-filed 6/1/05**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL JOHN YANCEY,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**JEANNE S. WOODFORD, Director of the California Department of Corrections,**<br><br>                                    Respondent. | C 05-1028 JF<br><br>**ORDER** |

   GOOD CAUSE APPEARING, in this habeas corpus proceeding IT IS HEREBY ORDERED that respondent IS granted leave to file a Memorandum of Points and Authorities in Support of the Answer to the Order to Show Cause in excess of the 25-page limitation set forth in Civil Local Rule 7-4(b) of the USDC-Northern District Rules of Court. See Habeas L.R. 2254-2. Counsel for respondent may filed their 33-page pleading.

   DATED: 6/1/05

/s/electronic signature authorized
JEREMY FOGEL
United States District Judge

Proposed Order - *Yancey v. Woodford*, C 05-1028 JF