**E-filed 7/21/05**

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| MICHAEL JOHN YANCEY, | ) | No. C 05-1028 JF |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| JEANNE S. WOODFORD, Director of the California Department of Corrections, | ) | |
| Respondent. | ) | |

Good cause appearing therefore, the time for filing petitioner's traverse and supporting memorandum is extended to and including July 24, 2005.

DATED: 7/21/05

/s/electronic signature authorized
_____
JEREMY FOGEL
United States District Judge