**E-Filed 3/16/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL J. YANCEY, | Case Number C 05-1028 JF |
| Petitioner, | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| v. | |
| JEANNE S. WOODFORD, et al., | |
| Respondents. | |

On April 21, 2008, Petitioner filed a notice of appeal from this Court's judgment. Petitioner did not file a motion for a certificate of appealability. The record was transmitted to the Court of Appeals. On September 29, 2008, the Court of Appeals remanded the case to this Court for the limited purpose of granting or denying a certificate of appealability.

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Court denied the instant habeas petition after careful consideration of the merits. The Court found no violation of Petitioner's federal constitutional rights in the underlying state court proceedings. Petitioner has failed to demonstrate that jurists of reason would find it debatable whether

1  this Court was correct in its ruling.  Accordingly, a certificate of appealability is DENIED
2  in this case.
3        The clerk shall forward to the Ninth Circuit Court of Appeals the case file with this
4  order.  *See* Fed. R. App. P. 22(b).
5        IT IS SO ORDERED.

12  DATED:  3/16/09

                                                           _____
                                                           JEREMY FOGEL
                                                          United States District Judge

Case No. C 05-1028 JF
ORDER DENYING CERTIFICATE OF APPEALABILITY
(JFLC2)

1 | Copies of Order served on:

Dennis Patrick Riordan dennis@Riordan-Horgan.com

Donald Meredith Horgan don@riordan-horgan.com

Dorian Jung dorian.jung@doj.ca.gov, delia.desuyo@doj.ca.gov, DocketingSFAWT@doj.ca.gov, ECFCoordinator@doj.ca.gov, maricris.argarin@doj.ca.gov, sandee.agustin@doj.ca.gov

3

Case No. C 05-1028 JF
ORDER DENYING CERTIFICATE OF APPEALABILITY
(JFLC2)